■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— Order unanimously reversed and matter remitted to Erie County Court for a hearing in accordance with the memorandum. Memorandum: The hearing should be limited to the issue of voluntariness as to the alleged admissions made to witnesses Boyd and Shafer and to the note which defendant claims the police forced him to write. Although the defendant's objections to the introduction of this evidence by the prosecution were in part ineptly phrased, bearing in mind that this trial was pre *Jackson* v. *Denno* (378 U. S. 368), they were sufficient to entitle defendant to a hearing in accordance with the procedures outlined in *People* v. *Huntley* (15 N Y 2d 72). (Appeal from order of Erie County Court denying, without a hearing, motion to vacate a judgment of conviction for robbery, first degree, rendered May 11, 1959.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ GENEVIEVE JOHNSTON, Appellant, et al., Plaintiff, v. MARGARET H. O'BRYANT, Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict of the jury is against the weight of evidence. All concur, except Henry and Del Vecchio, JJ., who dissent and vote for affirmance in the following Memorandum: In our opinion the jury's verdict finding Mrs. Johnston guilty of negligence is adequately supported by evidence that she had an unobstructed view of the O'Bryant automobile when it entered the intersection; that she was then over 150 feet away but she did not observe the O'Bryant car which was then in the center of the intersection until she had driven to within half a car length from it; that she then accelerated her speed, swerved to the right, glanced off the front of the O'Bryant car and struck a parked car standing several car lengths beyond the intersection, thereby causing substantial damage to her automobile and injuries to herself and her passengers. (See *Marton* v. *McCasland,* 16 A D 2d 781.) (Appeal from judgment of Erie Trial Term dismissing the complaint on the merits in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ GENEVIEVE JOHNSTON, Plaintiff, and ROBERT JOHNSTON, Appellant, v. MARGARET H. O'BRYANT, Respondent.— Same decision and like cause of action as in companion case of *Johnston* v. *O'Bryant* (25 A D 2d 949).

■ NANCY M. MASCIA, an Infant, by CARMEN MASCIA, Her Guardian ad Litem, et al., Respondents, v. MARGARET H. O'BRYANT, Defendant, and GENEVIEVE I. JOHNSTON, Appellant.— Judgment as to Genevieve I. Johnston reversed on the law and facts, without costs of this appeal to any party, and a new trial granted. Memorandum: The verdict of the jury is against the weight of evidence. All concur, except Henry and Del Vecchio, JJ., who dissent and vote for affirmance. See memorandum filed in *Johnston* v. *O'Bryant* (25 A D 2d 949) decided herewith. (Appeal from judgment of Erie Trial Term for plaintiffs in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.